IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNIVERSITY OF HAWAII PROFESSIONAL ASSEMBLY, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID Y. IGE, in his capacity as Governor of the State of Hawaiʻi; CURT OTAGURO, in his capacity as Comptroller of the State of Hawaiʻi; and DAVID LASSNER, in his capacity as President of the University of Hawaiʻi, <br><br> Defendants. | Case No. 1:20-CV-00570 LEK-WRP <br><br> NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER |

GILL, ZUKERAN & SGAN
T. ANTHONY GILL 2391-0
WADE C. ZUKERAN 4319-0
DAVID A. SGAN 6643-0
1164 Bishop Street, Suite 801
Honolulu, Hawaiʻi 96813
Telephone: (808) 523-6777
Fax: (808) 523-7003
E-mail: tgill@gzsattorneys.com

Attorneys for Plaintiff
UHPA

-2-

Notice of Voluntary Dismissal of Action Without Prejudice; [Proposed] Order
Case No. 1:20-CV-00570 LEK-WRP.

# NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff University of Hawaii Professional Assembly voluntarily dismisses without prejudice the above-entitled action against Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: Honolulu, Hawaiʻi, <u>February 1, 2021</u>.

> GILL, ZUKERAN & SGAN
> T. ANTHONY GILL
> WADE C. ZUKERAN
> DAVID A. SGAN
>
> <u>/s/ David A. Sgan</u>
> Attorneys for Plaintiff UHPA

# ORDER

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that this action be and hereby is dismissed without prejudice in its entirety.

The Clerk of Court is ordered to **CLOSE THE CASE**.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, _____, 2021.

_____
Leslie E. Kobayashi
United States District Judge

UHPA v. David Y. Ige et al., Civ. No. 1:20-CV-00570 LEK-WRP; ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION (ECF No. 1) WITHOUT PREJUDICE