FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Feb 08, 2021, 3:24 pm
Michelle Rynne, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNIVERSITY OF HAWAII PROFESSIONAL ASSEMBLY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID Y. IGE, in his capacity as Governor of the State of Hawaiʻi; CURT OTAGURO, in his capacity as Comptroller of the State of Hawaiʻi; and DAVID LASSNER, in his capacity as President of the University of Hawaiʻi,<br><br>　　　　Defendants. | Case No. 1:20-CV-00570 LEK-WRP<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE; [PROPOSED] ORDER |

GILL, ZUKERAN & SGAN
T. ANTHONY GILL 2391-0
WADE C. ZUKERAN 4319-0
DAVID A. SGAN 6643-0
1164 Bishop Street, Suite 801
Honolulu, Hawaiʻi 96813
Telephone: (808) 523-6777
Fax: (808) 523-7003
E-mail: tgill@gzsattorneys.com

Attorneys for Plaintiff
UHPA

-2-

Notice of Voluntary Dismissal of Action Without Prejudice; [Proposed] Order
Case No. 1:20-CV-00570 LEK-WRP.

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION
## WITHOUT PREJUDICE; [PROPOSED] ORDER

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff University of Hawaii Professional Assembly voluntarily dismisses without prejudice the above-entitled action against Defendants. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

DATED: Honolulu, Hawaiʻi, February 1, 2021.

        GILL, ZUKERAN & SGAN
        T. ANTHONY GILL
        WADE C. ZUKERAN
        DAVID A. SGAN

        /s/ David A. Sgan
        Attorneys for Plaintiff UHPA